UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
PHILADELPHIA INDEMNITY          :
INSURANCE,                      :
                                :
        Plaintiff,              :
                                :
    v.                          :   Case No. 3:06CV00375(AWT)
                                :
JOHN H. PECK, ELLEN PECK,       :
EXECUTRIX OF ESTATE OF          :
JOHN H. PECK, SR.,              :
PECK & PECK, CHRISTINE B.       :
PECK, LOUISE R. ZITO,           :
PECK PECK & ZITO,               :
NORA BARKER-JOSEPH,             :
                                :
        Defendants.             :
                                :
-------------------------------x
```

**ENDORSEMENT ORDER**

Defendant Nora Barker-Joseph's Motion to Dismiss (Doc. No. 13) is hereby DENIED.

The defendant relies on 28 U.S.C. § 1332(c)(1) in support of her contention that there is no diversity jurisdiction in this action. However, that provision expressly refers to a direct action "against" an insurer, which this is not. Moreover, "as the legislative history and subsequent cases make clear, § 1332(c) applies only to these limited 'direct actions' and not to 'all actions' brought against an insurer in which its insured is not joined as a defendant." Bourget v. Gov't Employees Ins. Co., 313 F. Supp. 367, 370 (D. Conn. 1970).

> Thus, this provision has been held inapplicable in diversity actions to determine the liability of insurers. It likewise has been held inapplicable in diversity

>actions by the insured (a) for a declaration of the validity of his policy; (b) for the benefit of his judgment creditors; and (c) against his own carrier under an uninsured motorist provision. Finally, in an action . . . where plaintiff first successfully sued the tortfeasor, and then instituted a subsequent action against the tortfeasor's insurer, § 1332(c) was held inapplicable.

Id. (footnotes omitted).

It is so ordered.

Dated this 16th day of June 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson

_____
Alvin W. Thompson
United States District Judge